JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | C-00-007 |
| v. | § § | CIVIL ACTION NO. |
| UNION PACIFIC RAILROAD COMPANY | § § | |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Union Pacific Railroad Company removes to this Court, the County court action described below:

1. **STYLE OF CASE REMOVED**: Cause No. 99-12-54, 199-C; Lionel Flores and Josie Flores v. Union Pacific Railroad Company, in the 267th Judicial District Court, Victoria County, Texas.

2. **GROUNDS FOR REMOVAL - DIVERSITY**: This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332. Complete diversity of citizenship exists between Plaintiffs and Defendant. The sole Defendant, Union Pacific Railroad Company, is incorporated in Delaware and has its principal place of business in Omaha, Nebraska, and is therefore a citizen of the State of Delaware. The Plaintiffs, as alleged in their original petition attached hereto as Exhibit "A", are citizens of the State of Texas.

3.  **GROUNDS FOR REMOVAL - JURISDICTION:** In addition, the amount in controversy, as alleged in Plaintiff's Original Petition, exceeds $75,000.00 and/or the jurisdictional limits of this Court, and therefore, this Court has jurisdiction over the subject matter.

4.  **PROCESS, PLEADINGS, AND ORDERS SERVED ON DEFENDANT:** Defendant Union Pacific Railroad Company was served with citation of Plaintiffs' Original Petition on, December 17, 1999. All processes, pleadings and orders served in the case are attached to this pleading as Exhibit "A". Pursuant to local rules, a docket sheet and index of matters being filed is attached hereto as Exhibit "B".

5.  **ATTORNEYS OF RECORD:**

| | |
|---|---|
| Mr. Travis G. Edwards | Ms. Samira Lineberger |
| STEPHENSON & McKAY | 4400 Piedras Drive So, Ste. 101 |
| P.O. Box 2608 | San Antonio, Texas 77002 |
| Victoria, Texas 77904 | (210) 921-4057 |
| (361) 578-9941 | (210) 738-0548 fax |
| (361) 578-7601 fax | |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEY FOR DEFENDANT |

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY

By: _____
Samira Mery Lineberger
T.B.A. 13968970
4400 Piedras South, Suite 101
San Antonio, Texas 78228
(210) 921-4057
(210) 738-0548 fax

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing instrument **Defendant Union Pacific Railroad Company's Notice of Removal** has been forwarded to all counsel of record and to the Victoria County, Texas County Court Clerk via UPS Next Day Air or certified mail, return receipt requested, on this the ____6th____ day of _January_ 2000 as follows:

**OVERNIGHT DELIVERY**
Mary Elizabeth Jimenez
District Clerk
Victoria County
330 Courthouse
115 N. Bridge St.
Victoria, Texas  77902-2238

**CMRRR Z 384 635 205**
Travis G. Edwards
Stephenson & McKay
P.O. Box 2608
Victoria, Texas  77904

Samira M. Lineberger

CAUSE NO. 99-12-54,199-C

| | | |
|---|---|---|
| **LIONEL FLORES** and **JOSIE FLORES**<br>       Plaintiffs | § § § § | **IN THE DISTRICT COURT** |
| V. | § § | **VICTORIA COUNTY, TEXAS** |
| **UNION PACIFIC RAILROAD COMPANY**<br>       Defendant | § § § § | **247 TH JUDICIAL DISTRICT** |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW LIONEL FLORES and JOSIE FLORES, Plaintiffs, in the above numbered and styled cause, and complains of UNION PACIFIC RAILROAD COMPANY, hereinafter Defendant, and for cause of action will show unto the Court as follows:

### I.
### PARTIES

Plaintiffs, LIONEL FLORES and JOSIE FLORES, are husband and wife and reside at 608 Coleto Park Road, Victoria, Goliad County, Texas.

Defendant, UNION PACIFIC RAILROAD COMPANY, is a Delaware corporation authorized to conduct business in the State of Texas. It may be served through its registered agent, Norma G. Davenport, at 808 Travis Street, Suite 620, Houston, Harris County, Texas. Alternative service is requested by certified mail.

EXHIBIT A

## II. JURISDICTION AND VENUE

Jurisdiction over the claims raised herein is proper because the amount in controversy, exclusive of costs and interest, exceeds the minimum jurisdictional requirements of this Court.

Venue is mandatory for adjudication of the claims raised herein under Tex. Civ. Prac. & Rem. Code §§ 15.004 and 15.011.

## III.
## FACTS

PLAINTIFFS, Lionel and Josie Flores, are the owners of real property located at 2227 Southwest Moody Street, Victoria, Victoria County, Texas. This property abuts a Union Pacific Railroad Company right-of-way upon which lie railroad tracks connecting the City of Victoria with the City of Goliad.

From on or about October 20, 1998 until on or about October 26, 1998, rather substantial flooding occurred in and around the City of Victoria due to the Guadalupe River overflowing its boundaries. During this flooding, a large building made of wood and metal owned by the Plaintiffs was displaced by the flood waters and moved from Plaintiffs' real property onto the Union Pacific Railroad right-of-way. Despite being relocated by flood waters, this building sustained only minimal damages. Once Moody Street became open to public travel, Mr. Flores attempted to have his building removed from the right-of-way, but was informed by a contractor that the ground was too wet to accomplish such a task. On or about October 25, 1998, Mr. Flores was approached by a representative of Union Pacific Railroad Company and told to remove his building from the right-of-way. Mr. Flores explained the circumstances and assured

the Union Pacific Railroad Company representative that he would have the building removed as soon as possible. On or about October 27, 1998, the same representative of Union Pacific Railroad Company contacted Mr. Flores and told him that Union Pacific Railroad Company would undertake to move the building not more than seven feet and would do so in a manner so as not to damage the building. On or about October 28, 1998, representatives of Union Pacific Railroad razed the Flores' building using a crane and a bulldozer thereby totally destroying the building owned by Plaintiffs. This total destruction of the building owned by Plaintiffs has significantly diminished the value of the real property owned by Plaintiffs at 2227 Southwest Moody Street, Victoria, Victoria County, Texas.

## IV.
## NEGLIGENCE

Defendant, Union Pacific Railroad Company, by and through its agents and representatives, had a duty to act with reasonable prudence under the circumstances, and that duty includes using caution so as not to unreasonably or unnecessarily harm the property of Plaintiffs. Defendant, Union Pacific Railroad Company, by and through its agents and representatives, did not exercise the necessary caution in the removal of Plaintiffs' building and as a result, its conduct was negligent and Plaintiffs have suffered damages for which they now sue.

## V.
## PROXIMATE CAUSE

Plaintiffs would show that the negligence of Defendant, Union Pacific Railroad Company, by and through its agents and representatives, in connection with the events in question,

3

foreseeably and proximately caused damage to Plaintiffs, Lionel and Josie Flores, as set forth hereinabove.

## VI.
## DAMAGES

Plaintiffs would show that they have suffered property damage, as well as mental pain and anguish. Plaintiffs' damages are in an amount not less than Eighty-Five Thousand Dollars ($85,000.00), and for these damages Plaintiffs now sue.

## VII.
## EXEMPLARY DAMAGES

The wrong done by the Defendant was aggravated by the kind of malice for which the law allows the imposition of exemplary damages. Defendant's conduct, when viewed objectively from Defendant's standpoint at the time of the conduct, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others, and Defendant was actually subjectively aware of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others. Plaintiffs, therefore, seek exemplary damages in an amount within the jurisdictional limits of the Court.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Defendant be cited to appear and answer herein, and that upon final hearing, Plaintiffs have judgment against Defendant for damages for the past, present and future injuries and mental anguish suffered from the occurrence in question, exemplary damages, plus interest at the highest lawful rate through the

4

date of judgment, and for post-judgment interest from the date of judgment, until paid, at the highest lawful rate, and that Plaintiffs be granted all other and further relief to which the Plaintiffs may be legally entitled.

Respectfully submitted,

STEPHENSON & McKAY, L.L.P.
P. O. Box 2608
Victoria, Texas 77904
(361) 578-9941 Telephone
(361) 578-7601 Facsimile

By: _____
Travis G. Edwards
State Bar. No. 00793675

**ATTORNEYS FOR PLAINTIFFS**

5

CLERK OF THE COURT
Mary Elizabeth Jimenez
P. O. Box 2238
Victoria, Texas 77902

ATTORNEY REQUESTING ISSUANCE
Travis G. Edwards
P. O. Box 2608
Victoria, Texas 77902

UPRR
Houston
Law Department

DEC 16 1999

# THE STATE OF TEXAS
# CITATION

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **UNION PACIFIC RAILROAD COMPANY, NORMA G. DAVENPORT, 808 TRAVIS STREET, SUITE 620, HOUSTON, TEXAS 77002**

You are commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service hereof, before the Honorable 267th Judicial District of Victoria County, Texas, at the Courthouse of said County in Victoria, Texas.

Said plaintiff's petition was filed in said Court, on the 10th day of December, 1999, in this case numbered **99-12-54,199-C** on the docket of said court, and styled,

LIONEL FLORES AND JOSIE FLORES
VS.
UNION PACIFIC RAILROAD COMPANY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Victoria, Texas, this the 14th day of December, 1999.

MARY ELIZABETH JIMENEZ
District Clerk
Victoria County, Texas

By: _Susan Staff_
Deputy

Rule 106: "--the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

DISTRICT COURT, VICTORIA COUNTY, TEXAS

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 1999 at _____ o'clock _____.M. and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, the following times and places, to wit:

| Name | Date | Time | Place, Course and Distance from Courthouse |
|------|------|------|--------------------------------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

And not executed as to the defendant(s) _____

the diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

FEES - - Serving $ _____        _____, Sheriff

                                      _____ County, Texas

                                      By: _____ Deputy

## VERIFICATION

(Must be verified if served outside the State of Texas or served by a person authorized by the Court)

State of _____

County of _____

Signed and sworn to by the said _____ before me this the _____ day of _____, 1999.

_____
NOTARY PUBLIC
My commission expires _____
Printed Name _____

DISTRICT COURT, VICTORIA COUNTY, TEXAS

# CIVIL DOCK[

| NUMBER OF CASE | NAMES OF PARTIES | | ORDERS OF COU |
|---|---|---|---|
| 99-12-54,199-C | LIONEL FLORES AND JOSIE FLORES vs. UNION PACIFIC RAILROAD COMPANY | | TRAVI |

| Fee Book | | DATE OF ORDERS | | | Was a Stenographer Used |
|---|---|---|---|---|---|
| Vol. | Page | Month | Day | Year | |

MCCLAIN ENTERPRISES

## PROCEEDINGS AND PAPERS FILED

| Date | |
|------|---|
| 12-10-99 | PETITION |
| 12-20-99 | Return - Cert Mail - Cite - Union Pacific |

PETITION

JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **LIONEL FLORES AND JOSIE FLORES** | § § § | **C-00-007** |
| v. | § | CIVIL ACTION NO. |
| | § | |
| **UNION PACIFIC RAILROAD COMPANY** | § § | |

## INDEX OF MATTERS BEING FILED

1. Executed Process

2. Plaintiff's Original Petition

3. Defendant's Original Answer and Counterclaim

4. Notice of Removal

5. Motion of Defendant's Counsel to appear Pro Hac Vice and Order

6. Docket Sheet Rule

7. Interrogatories to Plaintiffs

8. Request for Production to Plaintiffs

9. Notice of Deposition of Plaintiffs

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY

By: _____
Samira Mery Lineberger
T.B.A. 13968970
4400 Piedras South, Suite 101
San Antonio, Texas 78228
(210) 921-4057
(210) 738-0548 fax

ATTORNEY FOR DEFENDANT

JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | **C-00-007** |
| V. | § | CIVIL ACTION NO. |
| UNION PACIFIC RAILROAD COMPANY | § § § | |

## LIST OF ALL COUNSEL OF RECORD

.Mr. Travis G. Edwards
STEPHENSON & McKAY
P.O. Box 2608
Victoria, Texas 77904
(361) 578-9941
(361) 578-7601 fax

ATTORNEYS FOR PLAINTIFFS,
LIONEL FLORES AND JOSIE
FLORES

Ms. Samira Lineberger
4400 Piedras Drive So, Ste. 101
San Antonio, Texas 77002
(210) 921-4057
(210) 738-0548 fax

ATTORNEY FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY

By: _____
Samira Mery Lineberger
T.B.A. 13968970
4400 Piedras South, Suite 101
San Antonio, Texas 78228
(210) 921-4057
(210) 738-0548 fax

ATTORNEY FOR DEFENDANT