JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 07 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | **C-00-007** |
| V. | § | CIVIL ACTION NO. |
| UNION PACIFIC RAILROAD COMPANY | § § § | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGES OF SAID COURT:

COME NOW, UNION PACIFIC RAILROAD COMPANY, Defendants herein, and move this Court for an Order permitting Samira Lineberger, in house counsel for Union Pacific Railroad Company to appear as an attorney in this action for the limited purpose of representing Union Pacific Railroad Company as an attorney of record. The grounds for this Motion are as follows:

I.

Union Pacific Railroad Company are Defendants in this matter. They are currently being represented and will appear in this matter through counsel for Union Pacific Railroad Company, Ms. Samira Mery Lineberger, who is a member in good standing of the U.S. District Court for the Western District of Texas, and for the State of Texas.

## II.

In the interest of justice, Defendant request leave that Samira M. Lineberger be allowed to represent and defend Defendant Union Pacific Railroad Company in this case which is being removed from State Court to this Federal Court.

Respectfully submitted, I hereby certify that a true and correct copy of the foregoing document has been served on Mr. Travis G. Edwards, Stephenson & McKay, P.O. Box 2608, Victoria, Texas 77904, by certified mail, return receipt requested, on the 6th day of January, 2000, in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, the undersigned hereby present this Motion to Appear Pro Hac Vice before this Honorable Court in the above case and respectfully requests that it be granted.

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY

By: _____
Samira Mery Lineberger
T.B.A. 13968970
4400 Piedras South, Suite 101
San Antonio, Texas 78228
(210) 921-4057
(210) 738-0548 fax

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, do hereby certify that a true and correct copy of the above and foregoing document has been forwarded on this  6th day of January, 2000 to:

**CMRRR Z 384 635 205**
Mr. Travis G. Edwards,
Stephenson & McKay,
P.O. Box 2608,
Victoria, Texas 77904

Samira Mery Lineberger

JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | |
| V. | § § | CIVIL ACTION NO. |
| UNION PACIFIC RAILROAD COMPANY | § § | |

## ORDER GRANTING MOTION OF DEFENDANT'S COUNSEL TO APPEAR PRO HAC VICE

On this day came on to be heard and considered the Motion to Appear Pro Hac Vice of Samira M. Lineberger and, having read and reviewed the Motion, the Court is of the opinion that it should be granted.

It is, accordingly ORDERED that Samira M. Lineberger is admitted Pro Hac Vice as counsel for Defendant, in the United States District Court for the Southern District Court of Texas, Corpus Christi Division, for all purposed of the present lawsuit.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING

SUBMITTED BY:

UNION PACIFIC RAILROAD COMPANY:

By: _____
Samira Mery Lineberger
T.B.A. 13968970
4400 Piedras South, Suite 101
San Antonio, Texas  78228
(210) 921-4057
(210) 738-0548 fax

ATTORNEY FOR DEFENDANT

ClibPDF - www.fastio.com