JURY

United States District Court
Southern District of Texas
FILED

JAN 07 2000

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | C-00-007 |
| v. | § | CIVIL ACTION NO. |
| UNION PACIFIC RAILROAD COMPANY | § § § § | |

### DEFENDANT'S ORIGINAL ANSWER AND COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Union Pacific Railroad Company and files this its Original Answer and Counterclaim and in support thereof, would respectfully show the Court the following:

### ANSWER

1. Pursuant to Rule 8 of the Federal Rules of Civil Procedure, this Defendant files a general denial, and respectfully demands that Plaintiffs prove their charges and allegations by preponderance of the evidence as is required by the Constitution and laws of the State of Texas.

2. Defendant admits that the Plaintiffs reside in Victoria, Goliad County, Texas.

3. Defendant admits that Defendant is a Delaware Corporation authorized to do business in Texas, and may be served at the address and through the agent specified in Plaintiffs' Original Petition.

4. Defendant denies that jurisdiction and venue in the 267th Judicial District Court of Victoria County, Texas is proper unless this cause is remanded back to such court by order of this honorable court.

5. Defendant can neither admit nor deny whether the subject property, as set forth in the first paragraph of section III of Plaintiffs' Original Petition is owned by the Plaintiffs.

6. Defendant can neither admit nor deny the facts set forth in the second paragraph of section III of Plaintiffs' Original Petition, except that Defendant does admit that a large building was displaced by flood waters onto Defendant's property in Victoria County, Texas on or near the date of October 25, 1998.

7. Defendant denies all allegations set forth in section IV of Plaintiffs' Original Petition.

8. Defendant denies all allegations set forth in section V of Plaintiffs' Original Petition.

9. Defendant denies all allegations set forth in section VI of Plaintiffs' Original Petition, and would further show that Plaintiffs have failed to state a cause of action that would permit recovery of damages for mental anguish.

10. Defendant denies all allegations set forth in section VII of Plaintiffs' Original Petition.

11. Defendant herein would show that at the time and on the occasion in question there was a failure on the part of the Plaintiffs, Lionel Flores and Josie Flores, to properly secure their alleged building and to remove their property from the property owned by Union Pacific Railroad Company, and to exercise that degree of care which would have been exercised by an ordinarily prudent person under the same or similar circumstances, and that such failure, which amounts to negligence, was the proximate, and/or sole cause of Plaintiffs alleged damages in the instant suit.

12. For further answer this Defendant would show that Plaintiffs failed to mitigate their damages as required by law.

## COUNTERCLAIM

13. Defendant would show that as a result of the negligence of Plaintiffs in failing to secure their alleged property, and in allowing said property to remain in trespass on Defendant's property, Defendant sustained damages to its property, including, but not limited to damages to the railroad track, in the cost of removing said building from the property, in providing temporary and permanent repairs to its property, and in the delay of the use of its track, said damages being proximately caused by said negligence by Plaintiffs', for which Defendant hereby seeks relief.

WHEREFORE, Defendant Union Pacific Railroad Company requests judgment of the Court for the Defendant for damages Defendant incurred as a result of Plaintiffs negligence, including but not limited to the damages specified above, plus pre-judgment and post judgment interest at the highest legal rate; that the Plaintiffs take nothing by this suit, and that Defendant go hence without costs, and for such other and further relief, at law or in equity, to which Defendant may be justly entitled.

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY

By: _____
Samira Mery Lineberger
T.B.A. 13968970
4400 Piedras South, Suite 101
San Antonio, Texas 78228
(210) 921-4057
(210) 738-0548 fax

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above and foregoing document has been forwarded by certified mail, return receipt requested on this  6  day of January, 2000 to:

**CMRRR Z 384 635 205**
Mr. Travis G. Edwards,
Stephenson & McKay,
P.O. Box 2608,
Victoria, Texas  77904

                                                Samira M. Lineberger