United States District Court
Southern District of Texas
FILED

JAN 20 2000

Michael N. Milby, Clerk

JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | |
| V. | § | CIVIL ACTION NO. C-00-007 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § § | |

**UNOPPOSED MOTION TO TRANSFER**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Union Pacific Railroad Company files this its Unopposed Motion to Transfer and would show the Court the following:

1. Plaintiffs Lionel Flores and Josie Flores filed their original petition, cause number: 9912-54,99-C on December 10, 1999, in the 267th District Court in Victoria County, Texas, alleging damage to a building displaced by flood waters onto Defendants' property. Defendants were served with citation on December 17, 1999.

2. Defendants filed their Notice of Removal, all processes, pleadings and orders, along with an index of matters being filed and all counsel of record served in the case to the United States District Court for the Southern District of Texas, Corpus Christi Division.

3. Since the filing of the Notice of Removal, Defendants have learned that the Notice of Removal was inadvertently filed in the Corpus Christi Division, rather than the more appropriate Division of Victoria, within which the subject property is located.

4. Defendant respectfully requests, pursuant to 28 §1404 of the Federal Rules of Judiciary and Judicial Procedure, that this cause be transferred to the Victoria Division of the United States District Court, Southern District of Texas..

5. Defendant has conferred with Plaintiffs' counsel, Travis Edwards, and he is in agreement that the suit should be transferred from the Corpus Christi Division to the Victoria Division of the Southern District of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant, Union Pacific Railroad Company, respectfully requests the above styled and numbered cause be transferred to the Victoria Division of the United States District Court, Southern District of Texas.

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY

By: _____
Samira Mery Lineberger
T.B.A. 13968970
4400 Piedras South, Suite 101
San Antonio, Texas  78228
(210) 921-4057
(210) 738-0548 fax

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 11th day of January, 2000, I spoke with Travis Edwards, counsel for Plaintiffs to discuss the matters set forth in this Motion. He is in agreement that the suit should be transferred to the Victoria Division of the Southern District of Texas, therefore a hearing on such Motion is not necessary.

SAMIRA MERY LINEBERGER

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record and to the following listed below, on this the 19 day of January, 2000 as follows:

**OVERNIGHT DELIVERY**
Mary Elizabeth Jimenez
District Clerk
Victoria County
330 Courthouse
115 N. Bridge St.
Victoria, Texas  77902-2238

**CMRRR Z 390 764 460**
Travis G. Edwards
Stephenson & McKay
P.O. Box 2608
Victoria, Texas  77904

Samira M. Lineberger

JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | |
| V. | § § | CIVIL ACTION NO. |
| UNION PACIFIC RAILROAD COMPANY | § § § | |

## ORDER ON UNOPPOSED MOTION TO TRANSFER

On this the ___ day of January, 2000, Defendant's Unopposed Motion to Transfer was considered by the Court and it appearing to the Court that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Transfer is hereby GRANTED and this cause is hereby transferred to the U.S. District Court for the Southern District, Victoria Division.

The Clerk of the Court is directed to take all appropriate steps to effect this transfer.

SIGNED AND ENTERED this _____ day of January, 2000.

_____
HONORABLE JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE