JURY

*United States District Court*
*Southern District of Texas*
*ENTERED*

JAN 2 4 2000

*Michael N. Milby, Clerk of Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIONEL FLORES AND JOSIE FLORES | § § § | 6. |
| V. | § | CIVIL ACTION NO. C-00-007 |
| UNION PACIFIC RAILROAD COMPANY | § § § | |

### ORDER ON UNOPPOSED MOTION TO TRANSFER

On this the 21st day of January, 2000, Defendant's Unopposed Motion to Transfer was considered by the Court and it appearing to the Court that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Transfer is hereby GRANTED and this cause is hereby transferred to the U.S. District Court for the Southern District, Victoria Division.

The Clerk of the Court is directed to take all appropriate steps to effect this transfer.

SIGNED AND ENTERED this 21st day of January, 2000.

_____
HONORABLE JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE